AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**
8 U.S.C. §§ 1326(a) and (b) –
Deported Alien Found in the
United States

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment: 20 years; Fine: $250,000; Supervised release: 3 years; Special assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S.
▶ ARMANDO VALDOVINOS-MURILLO

DISTRICT COURT NUMBER
CR07-0789  DLJ

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS BUREAU

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM                 SCOTT N. SCHOOLS
                          ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   DANIEL KALEBA, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY   12/5/2007

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR07-0789 DLJ

UNITED STATES OF AMERICA,

v.

E-filing ARMANDO VALDOVINOS-MURILLO
a/k/a Juan Santana

FILED
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported
Alien Found in the United States

A true bill.

_____ Foreman

Filed in open court this 13th day of December 2007

_____ Clerk

Bail, $ No bail - arrest warrant.
Wayne D. Brazil   12-13-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 DEC 13 PM 2:27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR07-0789 DLJ |
| Plaintiff, ) | |
| ) | |
| v. ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| ) | |
| ARMANDO VALDOVINOS-MURILLO ) a/k/a Juan Santana ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

  1.   Prior to October 19, 2004, the defendant, ARMANDO VALDOVINOS-MURILLO, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

  2.   On or about October 19, 2004, the defendant, ARMANDO VALDOVINOS-MURILLO, was removed, excluded, and deported from the United States.

  3.   After October 19, 2004, the defendant, ARMANDO VALDOVINOS-MURILLO, knowingly and voluntarily reentered and remained in the United States.

INDICTMENT

4. On or about August 27, 2007, in the Northern District of California, the defendant, ARMANDO VALDOVINOS-MURILLO, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:   December 13, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA DANIEL KALEBA

INDICTMENT                                              2