UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  1/4/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

**v.**                                                              **No.** CR-07-00789-DLJ

**Defendant:**  Armando Valdovinos-Murillo [present; in custody]
                aka Juan Santana

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
Setting/Stat                        -HELD

**Notes:**

**Case Continued to**  2/15/08 at 9:00AM    **for**  Status or Change of Plea

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                  for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**    1/4/08    **Ends:**  2/15/08