UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  2/15/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                   **No.** CR-07-00789-DLJ

**Defendant:**  Armando Valdovinos-Murillo[present; in custody]

**Appearances for AUSA:** Bryan Whittaker (for Daniel Kaleba)

**Appearances for Defendant:** John Paul Reichmuth (for Joyce Leavitt)

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
Status                                             -HELD
Change of Plea                              -NOT HELD

**Notes:**

**Case Continued to**  2/29/08 AT 9:00AM     for  CHANGE OF PLEA

**Case Continued to:**            for
**Case Continued to:**            for
**Motions to be filed by:**      **Opposition Due:**
**Case Continued to**                        for Pretrial Conference

**Case Continued to**           for              Trial

**Excludable Delay: Category: Begins:**   2/15/08      **Ends:**  2/29/08