UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  3/3/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                  **No.** CR-07-00789-DLJ

**Defendant:**  Armando Valdovinos-Murillo [present; in custody]

**Appearances for AUSA:** James Mann (for Daniel Kaleba)

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u>not needed</u>

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
STATUS                             -HELD

**Change of Plea   - NOT  HELD**

**Notes:**

**Case Continued to**  3/14/08 AT 9:00AM     for  Change of Plea

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                   for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**  3/3/08         **Ends:** 3/14/08