UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  3/14/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                              **No.** CR-07-00789-DLJ

**Defendant:**  Armando Valdovinos-Murillo [present; in custody]

**Appearances for AUSA:** Daniel  Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u>not needed</u>

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**

STATUS                                -HELD

**Notes:**

**Case Continued to  4/4/08 AT 9:00AM    for  CHANGE OF PLEA**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                       for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**    3/14/08      **Ends:**  4/4/08