1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant VALDOVINOS-MURILLO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              )
                                           )   No.   CR 07-0789 DLJ
12                       Plaintiff,        )
                                           )
13                                         )   STIPULATION AND [PROPOSED]
           v.                              )   ORDER CONTINUING CHANGE OF
14                                         )   PLEA AND EXCLUSION OF TIME
                                           )
15  ARMANDO VALDOVINOS-                    )
    MURILLO,                               )
16                                         )
                                           )
17                       Defendant.

18

19
           IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of
20
    plea date in this case, currently scheduled for Friday, April 4, 2008, at 9:00 a.m., before Honorable
21
    D. Lowell Jensen, may be continued to Friday, April 18, 2008, at 9:00 a.m. for change of plea or
22
    status.  The current status is that Mr. Valdovinos-Murillo is charged with a violation of 8 U.S.C.
23
    §1326.  Mr. Valdovinos-Murillo was a lawful permanent resident ("LPR") prior to his 2004
24
    deportation and defense counsel is still investigating the circumstances surrounding the
25

26

    *U S v. Valdovinos-Murillo*; CR 07-0789 DLJ;
    Stip. Continuing Change of Plea Date              - 1 -

1    determination to strip him of his LPR status and deport him.  Defense counsel has just received five

2    tapes relating to the deportation hearings and needs additional time to listen to the tapes and discuss

3    them with Mr. Valdovinos-Murillo.  Should the Court continue the matter to April 18 2008, it should

4    provide adequate time for counsel to complete the investigation and discuss the matter further with

5    an immigration attorney, if necessary, as well as with the client.  The parties stipulate that the time

6

7    from April 4, 2008, to April 18, 2008, should be excluded in accordance with the provisions of the

8    Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

9

10   DATED:      April 2, 2008                    _____

11                                               JOYCE LEAVITT      /S/
                                                 Assistant Federal Public Defender

12

13

14   DATED:      April 2, 2008                    _____

                                                 DANIEL KALEBA     /S/
15                                               Assistant United States Attorney

16

17                           SIGNATURE ATTESTATION

18
         I hereby attest that I have on file all holograph signatures for any signatures indicated by

19

20   a "conformed" signature (/S/) within this e-filed document.

21

22

23

24

25

26

*U S v. Valdovinos-Murillo*; CR 07-0789 DLJ;
Stip. Continuing Change of Plea Date           - 2 -

1

# ORDER

2

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this

3

case, currently scheduled for Friday, April 4, 2008, at 9:00 a.m. may be continued to Friday, April

4

18, 2008, at 9:00 a.m. for change of plea or status.

5

6

IT IS FURTHER ORDERED that the time from April 4, 2008 to April 18, 2008, should be

7

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

8

(B)(iv) for adequate preparation of counsel so that defense counsel can review the tapes of the

9

deportation hearing and discuss them with an immigration attorney, if necessary, as well as with Mr.

10

Valdovinos-Murillo.  The Court finds that the ends of justice served by the granting of the

11

continuance outweigh the best interests of the public and the defendant in a speedy and public trial

12

and the failure to grant the requested continuance would unreasonably deny counsel the reasonable

13

time necessary for effective preparation, taking into account due diligence.

14

15

SO ORDERED.

16

DATED:                            _____

17

HONORABLE D. LOWELL JENSEN
United States District Judge

18

19

20

21

22

23

24

25

26