BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant VALDOVINOS-MURILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ARMANDO VALDOVINOS- )<br>MURILLO, )<br>)<br>Defendant. | No.   CR 07-0789 DLJ<br><br>STIPULATION AND<br>ORDER CONTINUING CHANGE OF<br>PLEA AND EXCLUSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, April 4, 2008, at 9:00 a.m., before Honorable D. Lowell Jensen, may be continued to Friday, April 18, 2008, at 9:00 a.m. for change of plea or status. The current status is that Mr. Valdovinos-Murillo is charged with a violation of 8 U.S.C. §1326. Mr. Valdovinos-Murillo was a lawful permanent resident ("LPR") prior to his 2004 deportation and defense counsel is still investigating the circumstances surrounding the

determination to strip him of his LPR status and deport him. Defense counsel has just received five tapes relating to the deportation hearings and needs additional time to listen to the tapes and discuss them with Mr. Valdovinos-Murillo. Should the Court continue the matter to April 18 2008, it should provide adequate time for counsel to complete the investigation and discuss the matter further with an immigration attorney, if necessary, as well as with the client. The parties stipulate that the time from April 4, 2008, to April 18, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED:     April 2, 2008            _____
                                     JOYCE LEAVITT    /S/
                                     Assistant Federal Public Defender


DATED:     April 2, 2008            _____
                                     DANIEL KALEBA    /S/
                                     Assistant United States Attorney


### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*U S v. Valdovinos-Murillo*; CR 07-0789 DLJ;
Stip. Continuing Change of Plea Date            - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, April 4, 2008, at 9:00 a.m. may be continued to Friday, April 18, 2008, at 9:00 a.m. for change of plea or status.

IT IS FURTHER ORDERED that the time from April 4, 2008 to April 18, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can review the tapes of the deportation hearing and discuss them with an immigration attorney, if necessary, as well as with Mr. Valdovinos-Murillo. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: April 3, 2008

_____
HONORABLE D. LOWELL JENSEN
United States District Judge