UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

v.                                                                                          **No.** CR-07-00789-DLJ

**Defendant:** Armando Valdovinos-Murillo [present; in custody]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**
STATUS                                           -HELD
**Change of Plea- Not Held**

**Notes:**

**Case Continued to   5/23/08 at 9:00AM    for  Stat/Setting or / Change of Plea**

**Case Continued to:**            for
**Case Continued to:**            for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                             for Pretrial Conference

**Case Continued to**           for              Trial

**Excludable Delay: Category: Begins:  4/18/08         Ends: 5/23/08**