9AM
Y/C
E-FILING CASE

(PLEA) 943 952 953 958 (SENTENCING)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

CRIMINAL PRETRIAL MINUTE ORDER

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 5/23/08

Case No: CR - 07 - 00789 - DLJ          Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN          Clerk: Frances Stone

Defendant(s):          Defense Counsel:

ARMANDO VALDOVINOS-MURILLO Present? Y   In Custody? Y   JOYCE LEAVITT

_____ Present? ___ In Custody? ___ _____

_____ Present? ___ In Custody? ___ _____

_____ Present? ___ In Custody? ___ _____

_____ Present? ___ In Custody? ___ _____

_____ Present? ___ In Custody? ___ _____

_____ Present? ___ In Custody? ___ _____

US Attorney:          Interpreter: NOT NEEDED   US Probation Officer:

DAN KALEBA          _____          _____

Reason for Hearing:          Ruling:

STAT/SETTING for CHANGE OF PLEA  - HELD
GUILTY PLEA TO COUNT ONE OF INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL.  PLEA IS
ACCEPTED AND ENTERED.

Notes: SENTENCING: CT.1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF
PRISONS FOR A TERM OF 15 MONTHS. DEF PLACED ON 3 YEARS
SUPERVISED RELEASE. A $100 ASSESSMENT   SENTENCING
IS DUE IMMEDIATELY.

Case continued to: _____          for _____
    Motions to be filed by _____ ; Opposition due _____

Case continued to: _____          for Pretrial Conference

Case continued to: _____          for _____ Trial

Excludable Delay: Category: ___ Begins: _____ Ends: _____